**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS G. VILLANUEVA,<br><br>        Petitioner,<br><br>  v.<br><br>DIRECTOR CALIFORNIA<br>DEPARTMENT OF CORRECTION AND<br>REHABILITATION, et al.,<br><br>        Respondents. | NO. SA CV 13-375-JFW(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Motion for Stay is denied.

IT IS FURTHER ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner and counsel for Respondent.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7         DATED: May 13, 2013.

10                            _____
                                   JOHN F. WALTER
11                            UNITED STATES DISTRICT JUDGE

2