JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS G. VILLANUEVA, | ) | NO. SA CV 13-375-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DIRECTOR CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 13, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE